IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRELL DEVON LEWIS, | : | Civil No. 1:22-CV-01933 |
| Petitioner, | : | |
| v. | : | |
| J.L. JAMISON, | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 27th day of December, 2023, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, Doc. 1, is **DISMISSED**.

2. The Clerk of Court will **CLOSE** the case.

<u>s/Jennifer P. Wilson</u>
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania